IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant(s)<br><br>vs.<br><br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Related to Doc. No. 12 |

## ORDER

AND NOW, this <u>28th</u> day of <u>February</u>, 2018, upon consideration of Debtor's **EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 13 PETITION AND PLAN**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Debtor is granted an extension *up to and including* <u>March 12, 2018</u>, to file a completed Chapter 13 petition and plan in this case.

BY THE COURT:

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Andrea S. Zerbini
Mark G. Moynihan, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
2/28/18 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrea S. Zerbini  
     Debtor

Case No. 18-20535-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Feb 28, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2018.  
db         Andrea S. Zerbini,    5 Cross Street,    Crafton, PA   15205-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2018 at the address(es) listed below:  
         Mark G. Moynihan     on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net,  
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 3