IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant(s) | Doc No. |
| vs. | |
| No Respondents | |

## AFFIDAVIT OF NO PAYMENT ADVICES

I, **Andrea S. Zerbini**, hereby certify that within sixty (60) days before the date of filing the above-caption bankruptcy petition, I did not receive payment advices (e.g. "paystubs") as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: March 20, 2018　　　　　　　　　　　　　　　　/s/ Andrea S. Zerbini
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Andrea S. Zerbini**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor