Certificate Number: 17572-PAW-DE-031317183

Bankruptcy Case Number: 18-20535



17572-PAW-DE-031317183

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2018, at 10:16 o'clock AM PDT, Andrea Zerbini completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 13, 2018     By:  /s/Kristina Milicevic

Name:  Kristina Milicevic

Title:  Counselor