## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ANDREA S. ZERBINI |
| **Case Number:** | 18-20535-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 23, 2018 01:00 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/27/18 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#22 - Final Confirmation of Plan Dated 3/20/2018 (NFC)
+ Objection By: PNC Bank, N.A.
R / M #:  22 / 0

### *Appearances:*

Moynihan

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __1/10/19__ at __11:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____.
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2018  10:58:31AM