IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

In re:
Andrea S. Zerbini
    Debtor(s)

Bankruptcy No. 18-20535-JAD

Chapter 13

Andrea S. Zerbini
    Movant(s)

Related to Document No. 58

vs.

PNC Bank, N.A.
Ronda J. Winnecour, Trustee
    Respondent(s)

## ORDER

A *Loss Mitigation Order* dated June 1, 2018, was entered in the above matter at Document No. 43. An Order extending the Loss Mitigation Period was entered on January 29, 2019. On March 4, 2019, a **Second Motion to Extend the Loss Mitigation Period** was filed by Debtor at Document No. 58.

AND NOW, this 26th day of March, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* May 1, 2019.

                                Jeffery A. Deller
                                United States Bankruptcy Judge

*CASE ADMINISTRATOR SHALL SERVE:*
    Andrea S. Zerbini
    Mark G. Moynihan, Esquire
    James C. Warmbrodt, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
3/26/19 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrea S. Zerbini
    Debtor

Case No. 18-20535-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Mar 26, 2019
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2019.
db         Andrea S. Zerbini,   5 Cross Street,   Crafton, PA 15205-2709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature: <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2019 at the address(es) listed below:
         James Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
         Jeffrey R. Hunt   on behalf of Creditor   Borough of Crafton/Carlynton School District
          jhunt@grblaw.com, cnoroski@grblaw.com
         Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
         Mark G. Moynihan   on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net,
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
         S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                   TOTAL: 7