IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>   Andrea S. Zerbini<br>       Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>       Movant(s)<br><br>   vs.<br><br>PNC Bank, N.A.<br>Ronda J. Winnecour, Trustee<br>       Respondent(s) | Related to Document No. 64 |

**CERTIFICATE OF SERVICE OF**
**INTERIM MORTGAGE MODIFICATION ORDER**

I certify under penalty of perjury that I served the above captioned pleadings on on the Chapter 13 Trustee by email at LMP@chapter13trusteewdpa.com on the attached list on (date) **April 11, 2019.**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **e-mail**.

                                                                  Respectfully submitted,

Dated: April 11, 2019                                    /s/ Mark G. Moynihan
                                                                  Mark G. Moynihan, Esquire
                                                                  Attorney for Debtor(s)
                                                                  PA 307622
                                                                  2 Chatham Center, Suite 230
                                                                  Pittsburgh, PA 15219
                                                                  Phone: (412) 889-8535
                                                                  Fax: (800) 997-8192
                                                                  Email: mark@moynihanlaw.net