IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant(s) | Related to Document No. 71, 72 |
| vs. | Hearing Date: September 20, 2019 at 11:00AM |
| PNC Bank, N.A.<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S THIRD MOTION TO EXTEND THE LOSS MITIGATION PERIOD**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 8, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 25, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                      Respectfully submitted,

Dated: <u>August 28, 2019</u>                       /s/ Mark G. Moynihan
                                                       Mark G. Moynihan, Esquire
                                                       Attorney for Debtor(s)
                                                       PA 307622
                                                       2 Chatham Center, Suite 230
                                                       Pittsburgh, PA 15219
                                                       Phone: (412) 889-8535
                                                       Fax: (800) 997-8192
                                                       Email: mark@moynihanlaw.net