IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-20535-JAD |
| Andrea S. Zerbini | |
|      Debtor(s) | Chapter 13 |
| | |
| Andrea S. Zerbini | Related to Document No. 73, 74 |
|      Movant(s) | |
| | |
|      vs. | Hearing Date: October 2, 2019 at 10:00AM |
| | |
| PNC Bank, N.A. | |
| Ronda J. Winnecour, Trustee | |
|      Respondent(s) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 22, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 8, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated:  September 11, 2019

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone:  (412) 889-8535
Fax:  (800) 997-8192
Email: mark@moynihanlaw.net