IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant(s)<br><br>vs.<br><br>PNC Bank, N.A.<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | Doc. No. 82<br><br>Related to Doc. No. 81 |

**ORDER**

AND NOW, this 27th day of September, 2019, upon consideration of the Debtor's Motion for Extension, it is hereby ORDERED, ADJUDGED and DECREED that the Debtor's Motion is GRANTED.

The Debtor is granted an extension until **October 1, 2019** to file the schedules and amended plan referenced in this Court's Order dated September 12, 2019.

BY THE COURT:

Jeffery A. Deller                mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
9/27/19 8:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-20535-JAD
Andrea S. Zerbini                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: nsha              Page 1 of 3              Date Rcvd: Sep 27, 2019
                               Form ID: pdf900         Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2019.
```
db             Andrea S. Zerbini,    5 Cross Street,    Crafton, PA 15205-2709
cr            +Borough of Crafton/Carlynton School District,    Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219,
                UNITED STATES 15219-6101
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14774206      +Altair OH XIII, LLC,    c/o Weinstein, Pinson and Riley, PS,    2001 Wetern Avenue Ste 400,
                Seattle, WA 98121-3132
14774208      +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14774213       Bill Me Later,    P.O. Box 2394,    Omaha, NE 68103-2394
14814940      +Borough of Crafton,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14774214      +Borough of Crafton,    Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
14814931      +Borough of Crafton/Carlynton School District,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
14774223       Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
14774226      +David Fein, Esquire,    KML Law Group, P.C., Home Retention Dept,
                Mellon Independence Center - Suite 5000,    701 Market Street,    Philadelphia, PA 19106-1538
14774228     #+Dr. Vitasta Bazaz, MD,    2100 Jane St Suite 210,    Pittsburgh, PA 15203-2076
14774231      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
14774232      +Equitable Gas Compnay, LLC,    Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,
                225 North Shore Drive, 2nd Floor,    Pittsburgh, PA 15212-5860
14774235      +Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6107
14774236       HSBC Bank Nevada N.A.,    P.O. Box 5253,    Carol Stream, IL 60197-5253
14774237      +I.C. Systems Inc,    P.O. Box 64378,    St. Paul, MN 55164-0378
14774239     ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
              (address filed with court:   J.C. Christensen & Associates, Inc.,     P.O. Box 519,
                Sauk Rapids, MN 56379)
14774241      +Jordan Tax Service, Inc.,    102 Rahway Road,    McMurray, PA 15317-3349
14774242      +KML Law Group, P.C.,    Mellon Independence Center - Suite 5000,    701 Market Street,
                Philadelphia, PA 19106-1538
14774245       National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
14812121      +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14774250      +PNC Bank, NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14774251      +PNC Bank, NA,    c/o KML Law Group, PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14774249       Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
14774253      +Priscilla S. Bowes,    5 Cross Street,    Pittsburgh, PA 15205-2709
14774258       T-Mobil Bankruptcy Team,    P.O. Box 53410,    Bellevue, WA 98015-3410
14774264       Vision Financial Corp,    PO Box 460260,    Saint Louis, MO 63146-7260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14774209       E-mail/Text: legal@arsnational.com Sep 28 2019 02:44:24     ARS National Services, Inc.,
                PO Box 463023,    Escondido, CA 92046-3023
14774210      +E-mail/Text: g20956@att.com Sep 28 2019 02:45:04     AT&T,    c/o Midland Bankruptcy,
                5407 Andrews Highway,    Midland, TX 79706-2851
14774211      +E-mail/Text: g20956@att.com Sep 28 2019 02:45:04     AT&T Mobility,    AT&T Services, Inc.,
                One AT&T Way, Room 3A 231,    Bedminster, NJ 07921-2694
14774212      +E-mail/Text: g20956@att.com Sep 28 2019 02:45:04     AT&T Mobility II, LLC,
                % AT&T Services, Inc.,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2694
14774207       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 28 2019 03:14:37
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
14774215      +E-mail/Text: notices@burt-law.com Sep 28 2019 02:45:16     Burton Neil & Associates, P.C.,
                1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5600
14774220       E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:59     Cavalry Portfolio Services, LLC,
                PO Box 27288,    Tempe, AZ 85285
14774216      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:44     Capital One,
                PO Box 30281,    Salt Lake City, UT 84130-0281
14774217       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:43     Capital One,
                Attn: Bankruptcy Dept.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
14774218      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 28 2019 03:03:44
                Capital One Bank (USA), N.A.,    15000 Capital One Drive,    Richmond, VA 23286-0001
14774219      +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:59     Cavalry Portfolio Services,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
14774221      +E-mail/Text: bankruptcy@cavps.com Sep 28 2019 02:44:59     Cavalry SPV I, LLC,
                500 Summit Lake Dr Suite 400,    Valhalla, NY 10595-2321
14774222      +E-mail/Text: compliance@chaserec.com Sep 28 2019 02:45:16     Chase Receivables,
                1247 Broadway,    Sonoma, CA 95476-7503
14774224      +E-mail/Text: ccusa@ccuhome.com Sep 28 2019 02:44:17     Credit Collections USA,
                256 Greenbag Rd Ste 1,    Morgantown, WV 26501-7158
14774225      +E-mail/Text: ccusa@ccuhome.com Sep 28 2019 02:44:17     Credit Collections USA, LLC,
                16 Distributor Drive, Suite 1,    Morgantown, WV 26501-7209
```

```
District/off: 0315-2           User: nsha                  Page 2 of 3                   Date Rcvd: Sep 27, 2019
                               Form ID: pdf900             Total Noticed: 68


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14774227       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 28 2019 02:45:04
                 Diversified Consultants, Inc.,   PO Box 551268,   Jacksonville, FL 32255-1268
14774229       +E-mail/Text: kburkley@bernsteinlaw.com Sep 28 2019 02:45:13     Duquesne Light Company,
                 Legal Department,   Duquesne Light Legal,   411 Seventh Avenue (16-1),
                 Pittsburgh, PA 15219-1942
14816793       +E-mail/Text: kburkley@bernsteinlaw.com Sep 28 2019 02:45:13     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14774230       +E-mail/Text: bknotice@ercbpo.com Sep 28 2019 02:44:52     Enhanced Recovery Company, LLC,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
14774233       +E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:27     GE Capital/Walmart,
                 PO Box 965024,   Orlando, FL 32896-5024
14774234        E-mail/PDF: gecsedi@recoverycorp.com Sep 28 2019 03:02:26     GECRB/JC Penneys,   PO Box 965007,
                 Orlando, FL 32896-5007
14774240        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 28 2019 02:44:56     Jefferson Capital Systems, LLC,
                 PO Box 7999,   Saint Cloud, MN 56302-9617
14774243       +E-mail/Text: ebn@ltdfin.com Sep 28 2019 02:44:24     LTD Financial Services, L.P.,
                 7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
14774244       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 28 2019 02:44:44     Midland Funding LLC,
                 8875 Aero Drive Suite 200,   San Diego, CA 92123-2255
14774246       +E-mail/Text: egssupportservices@alorica.com Sep 28 2019 02:44:54
                 NCO Financial Systems, Inc.,   507 Prudential Road,   Horsham, PA 19044-2308
14774247        E-mail/Text: electronicbkydocs@nelnet.net Sep 28 2019 02:44:50     Nelnet,   P.O. Box 82561,
                 Lincoln, NE 68501-2561
14774248       +E-mail/Text: csc.bankruptcy@amwater.com Sep 28 2019 02:45:15     PA American Water,
                 PO Box 578,   Alton, IL 62002-0578
14774252        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:02:30
                 Portfolio Recovery Associates, LLC,   Attn: Bankruptcy,   120 Corporate Boulevard,
                 Norfolk, VA 23502
14803787        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:03:46
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14774745       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 28 2019 03:39:50
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14774254        E-mail/Text: bnc-quantum@quantum3group.com Sep 28 2019 02:44:28
                 Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14796817        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 28 2019 03:03:07     Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
14774257       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 28 2019 03:03:07     Regional Acceptance Corporation,
                 Attention CDV Analyst,   1424 East Fire Tower Road,   Greenville, NC 27858-4105
14774256       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 28 2019 03:03:07     Regional Acceptance Corporation,
                 PO Box 830913,   Birmingham, AL 35283-0913
14774255       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 28 2019 03:03:07     Regional Acceptance Corporation,
                 266 Beacon Drive,   Winterville, NC 28590-7924
14782296       +E-mail/Text: electronicbkydocs@nelnet.net Sep 28 2019 02:44:50     U.S. Department of Education,
                 C/O Nelnet,   121 South 13th Street, Suite 201,   Lincoln, NE 68508-1911
14774260       +E-mail/Text: electronicbkydocs@nelnet.net Sep 28 2019 02:44:50
                 US Department of Education c/o Nelnet,   3015 South Parker Road Suite 400,
                 Aurora, CO 80014-2904
14774262       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 28 2019 02:44:15
                 Verizon,   500 Technology Drive, Suite 550,   Weldon Spring, MO 63304-2225
14774261       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 28 2019 02:44:15
                 Verizon,   PO Box 33078,   Saint Petersburg, FL 33733-8078
14774263       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 28 2019 02:44:15
                 Verizon Wireless Bankruptcy,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                                               TOTAL: 40

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14774238       ##I.C. Systems, Inc.,   444 Highway 96 East, PO Box 64794,   Saint Paul, MN 55164-0794
14774259       ##Tate & Kirlin Associates,   2810 Southampton Road,   Philadelphia, PA 19154-1207
                                                                                  TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2               User: nsha                  Page 3 of 3                   Date Rcvd: Sep 27, 2019
                                   Form ID: pdf900             Total Noticed: 68
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Crafton/Carlynton School District
           jhunt@grblaw.com,   cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Mark G. Moynihan    on behalf of Debtor Andrea S. Zerbini mark@moynihanlaw.net,
           moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```