IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant(s) | Related to Doc. No. |
| Ronda J. Winnecour, Trustee<br>    Respondent(s) | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, <u>Mark G. Moynihan, Esquire</u>, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

                                                                                            Respectfully submitted,

Date: <u>September 30, 2019</u>                                  <u>/s/ Mark G. Moynihan</u>
                                                                                            Mark G. Moynihan, Esquire
                                                                                            Attorney for Debtor(s)
                                                                                            PA 307622
                                                                                            2 Chatham Center, Suite 230
                                                                                            Pittsburgh, PA 15219
                                                                                            Phone:  (412) 889-8535
                                                                                            Fax:  (800) 997-8192
                                                                                            Email: mark@moynihanlaw.net

**PAWB Local Form 30 (07/13)**