IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANDREA S. ZERBINI<br>       Debtor(s) | Bankruptcy No.  18-20535-JAD<br><br>Chapter 13 |
| ANDREA S. ZERBINI<br>       Movant(s)<br><br>vs.<br><br>RONDA J. WINNECOUR, TRUSTEE<br>       Respondent(s) | Doc No.<br><br>Related to Document No. 88, 91 |

**CERTIFICATE OF SERVICE OF ORDER DATED OCTOBER 16, 2019 [Doc 91],
341 MEETING OF CREDITORS NOTICE [Doc 24] AND
AMENDED SCHEDULES E, I, AND J DATED SEPTEMBER 30, 2019 [Doc 88]**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on **October 16, 2019**.

The type(s) of service made on the parties was: first-class mail and electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Executed on: <u>October 16, 2019</u>          /s/ Mark G. Moynihan
                                              Mark G. Moynihan, Esquire
                                              Attorney for Debtor(s)
                                              PA 307622
                                              2 Chatham Center, Suite 230
                                              Pittsburgh, PA 15219
                                              Phone:  (412) 889-8535
                                              Fax:  (800) 997-8192
                                              Email: mark@moynihanlaw.net

**Service by NEF**

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor Borough of Crafton/Carlynton School District
jhunt@grblaw.com, cnoroski@grblaw.com

Mark G. Moynihan on behalf of Debtor Andrea S. Zerbini
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor PNC Bank, National Association
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| Borough of Crafton/Carlynton School District<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | ARS National Services, Inc.<br>PO Box 463023<br>Escondido, CA 92046-3023 | AT&T<br>c/o Midland Bankruptcy<br>5407 Andrews Highway<br>Midland, TX 79706-2851 |
| AT&T Mobility<br>AT&T Services, Inc.<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2694 | AT&T Mobility II, LLC<br>% AT&T Services, Inc.<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2694 | Altair OH XIII, LLC<br>c/o Weinstein, Pinson and Riley, PS<br>2001 Wetern Avenue Ste 400<br>Seattle, WA 98121-3132 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Apothaker & Associates, P.C.<br>520 Fellowship Road C306<br>Mount Laurel, NJ 08054-3410 | Bill Me Later<br>P.O. Box 2394<br>Omaha, NE 68103-2394 |

| | | |
|---|---|---|
| Borough of Crafton<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Borough of Crafton<br>Jordan Tax Service, Inc.<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Burton Neil & Associates, P.C.<br>1060 Andrew Drive, Suite 170<br>West Chester, PA 19380-5600 |
| Capital One<br>Attn: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>15000 Capital One Drive<br>Richmond, VA 23286-0001 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Dr Suite 400<br>Valhalla, NY 10595-2321 | Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 |
| Citicards CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Credit Collections USA<br>256 Greenbag Rd Ste 1<br>Morgantown, WV 26501-7158 | Credit Collections USA, LLC<br>16 Distributor Drive, Suite 1<br>Morgantown, WV 26501-7209 |
| David Fein, Esquire<br>KML Law Group, P.C., Home Retention Dept<br>Mellon Independence Center - Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1538 | Diversified Consultants, Inc.<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Dr. Vitasta Bazaz, MD<br>2100 Jane St Suite 210<br>Pittsburgh, PA 15203-2076 |
| Duquesne Light Company<br>Legal Department<br>Duquesne Light Legal<br>411 Seventh Avenue (16-1)<br>Pittsburgh, PA 15219-1942 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 |
| Enhanced Recovery Company, LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Equitable Gas Compnay, LLC<br>Equitable Gas Bankruptcy Department<br>Attn: Judy Gawlowski<br>225 North Shore Drive, 2nd Floor<br>Pittsburgh, PA 15212-5860 | GE Capital/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| GECRB/JC Penneys<br>PO Box 965007<br>Orlando, FL 32896-5007 | Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6107 | HSBC Bank Nevada N.A.<br>P.O. Box 5253<br>Carol Stream, IL 60197-5253 |

| | | |
|---|---|---|
| I.C. Systems Inc<br>P.O. Box 64378<br>St. Paul, MN 55164-0378 | I.C. Systems, Inc.<br>444 Highway 96 East, PO Box 64794<br>Saint Paul, MN 55164-0794 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JC CHRISTENSEN & ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jordan Tax Service, Inc.<br>102 Rahway Road<br>McMurray, PA 15317-3349 |
| KML Law Group, P.C.<br>Mellon Independence Center - Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1538 | LTD Financial Services, L.P.<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074-2134 | Midland Funding LLC<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123-2255 |
| NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 | National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 | Nelnet<br>P.O. Box 82561<br>Lincoln, NE 68501-2561 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PA American Water<br>PO Box 578<br>Alton, IL 62002-0578 | PNC Bank, N.A.<br>Attn: Bankruptcy<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 |
| PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | PNC Bank, NA<br>c/o KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Pennsylvania American Water<br>PO Box 371412<br>Pittsburgh, PA 15250-7412 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Priscilla S. Bowes<br>5 Cross Street<br>Pittsburgh, PA 15205-2709 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Regional Acceptance Corporation<br>266 Beacon Drive<br>Winterville, NC 28590-7924 | Regional Acceptance Corporation<br>Attention CDV Analyst<br>1424 East Fire Tower Road<br>Greenville, NC 27858-4105 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |

| | | |
|---|---|---|
| Regional Acceptance Corporation<br>PO Box 830913<br>Birmingham, AL 35283-0913 | T-Mobil Bankruptcy Team<br>P.O. Box 53410<br>Bellevue, WA 98015-3410 | Tate & Kirlin Associates<br>2810 Southampton Road<br>Philadelphia, PA 19154-1207 |
| U.S. Department of Education<br>C/O Nelnet<br>121 South 13th Street, Suite 201<br>Lincoln, NE 68508-1911 | US Department of Education c/o Nelnet<br>3015 South Parker Road Suite 400<br>Aurora, CO 80014-2904 | Verizon<br>500 Technology Drive, Suite 550<br>Weldon Spring, MO 63304-2225 |
| Verizon<br>PO Box 33078<br>Saint Petersburg, FL 33733-8078 | Verizon Wireless Bankruptcy<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Vision Financial Corp<br>PO Box 460260<br>Saint Louis, MO 63146-7260 |
| Andrea S. Zerbini<br>5 Cross Street<br>Crafton, PA 15205-2709 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |