IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Andrea S. Zerbini<br>    Debtor(s) | Bankruptcy No. 18-20535-JAD<br><br>Chapter 13 |
| Andrea S. Zerbini<br>    Movant(s) | Related to Document No. 99 |
| v. | |
| Fire Fighter Sales & Service Co.<br>Ronda J. Winnecour, Trustee<br>    Respondent(s) | |

**CERTIFICATE OF SERVICE OF
ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT
AND LOCAL FORM 12, NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on December 31, 2019.

The type(s) of service made on the parties was: first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Debtor's Employer Served First-Class Mail:

Fire Fighter Sales & Service Co.
Attn: Human Resources/Payroll
791 Commonwealth Drive
Warrendale, PA 15086

                                           Respectfully submitted,

Dated: December 31, 2019                        /s/ Mark G. Moynihan
                                                        Mark G. Moynihan, Esquire
                                                         Attorney for Debtor(s)
                                                         PA 307622
                                                         2 Chatham Center, Suite 230
                                                         Pittsburgh, PA 15219
                                                         Phone: (412) 889-8535
                                                         Fax: (800) 997-8192
                                                         Email: mark@moynihanlaw.net