IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
ANDREA S. ZERBINI  
    Debtor(s)

Bankruptcy No. 18-20535-JAD

Chapter 13

ANDREA S. ZERBINI  
    Movant(s)

Related to Document No.

v.

RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

**CONSENT ORDER**

AND NOW, this _____ day of _____, 20_____, upon consent of the Debtor and the Chapter 13 Trustee, it is hereby ORDERED:

1. As a result of an auto accident that occurred on July 28, 2020, the settlement in the amount of $9,300.79 with Debtor's insurance company, GEICO, is approved.

2. GEICO shall pay the lien of Regional Acceptance Corporation, which has an estimated payoff of $1,778.89.

3. GEICO shall pay the balance of the settlement amount directly to the Debtor, Andrea S. Zerbini.

4. Trustee's consent to this ORDER is based on the representations set forth in the Amended Schedules filed at Doc 104. Trustee's consent does not reflect Trustee's confirmation of the GEICO payoff

BY THE COURT:

_____J.

Consenting:

/s/ Mark G. Moynihan  
Mark G. Moynihan  
Attorney for Debtor

/s/ Owen Katz  
Owen Katz  
Attorney for Chapter 13 Trustee