IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              Bankruptcy No.  18-20535-JAD
ANDREA S. ZERBINI
    Debtor(s)                                 Chapter 13

ANDREA S. ZERBINI                                   Related to Document No. 102, 103
    Movant(s)
                                                    Hearing Date: September 18, 2020 at 11:00A.M.
    v.

RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

**CERTIFICATE OF NO OBJECTION REGARDING
DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE (Doc 102)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Motion to Dismiss Chapter 13 Case** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion** appears thereon.  Pursuant to the **Notice of Hearing with Response Deadline (Doc 103)**, a Response to the **Motion** was to be filed and served no later than **August 23, 2020.**

It is hereby respectfully requested that the Order attached to the Debtor's Motion to Dismiss Chapter 13 Case be entered by the Court.

MOYNIHAN LAW, PC

Dated: <u>August 25, 2020</u>        By:    <u>/s/ Mark G. Moynihan</u>
                                          Mark G. Moynihan, Esquire
                                          Attorney for Debtor
                                          PA 307622
                                          2 Chatham Center, Suite 230
                                          Pittsburgh, PA 15219
                                          Phone:  (412) 889-8535
                                          Fax:  (800) 997-8192
                                          Email: mark@moynihanlaw.net