**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANDREA S. ZERBINI

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:18-20535 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/14/2018 and confirmed on 04/24/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,200.40 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,200.40 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,996.93 | |
|   Trustee Fee | 1,922.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,919.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 301.61 | 301.61 | 0.00 | 301.61 |
|     Acct: 7432 | | | | |
|   PNC BANK NA | 9,371.41 | 9,371.41 | 0.00 | 9,371.41 |
|     Acct: 7432 | | | | |
|   PNC BANK NA | 0.00 | 14,905.54 | 0.00 | 14,905.54 |
|     Acct: 7432 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7432 | | | | |
|   BORO OF CRAFTON-R/E TAX | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5783 | | | | |
|   BORO OF CRAFTON-TRASH FEES | 514.75 | 0.00 | 0.00 | 0.00 |
|     Acct: A166 | | | | |
|   BORO OF CRAFTON-SEWAGE FEES | 1,199.99 | 0.00 | 0.00 | 0.00 |
|     Acct: A166 | | | | |
|   REGIONAL ACCEPTANCE CORP | 7,023.96 | 7,023.96 | 678.66 | 7,702.62 |
|     Acct: 9118 | | | | |
| | | | | 32,281.18 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREA S. ZERBINI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOYNIHAN LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 4,000.00 | 3,996.93 | 0.00 | 0.00 |
| Acct: | | | | |
| MARK G MOYNIHAN ESQ | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CARLYNTON SD/CRAFTON BORO(EIT) | 441.53 | 0.00 | 0.00 | 0.00 |
| Acct: 2455 | | | | |
| INTERNAL REVENUE SERVICE* | 1,063.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2455 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BILL ME LATER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5646 | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0700 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 830.91 | 0.00 | 0.00 | 0.00 |
| Acct: 4434 | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2159 | | | | |
| VITASTA BAZAZ MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY* | 100.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4481 | | | | |
| EQUITABLE GAS - NOW PEOPLES NATUR, | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0018 | | | | |
| WAL MART | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7927 | | | | |
| JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7339 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8538 | | | | |
| HSBC BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9875 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5975 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5783 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - SADINO F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3780 | | | | |
| US DEPARTMENT OF EDUCATION | 45,947.97 | 0.00 | 0.00 | 0.00 |
| Acct: 2455 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1757 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7927 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REGIONAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PRISCILLA BOWES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALTAIR OH XIII LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR V | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHASE RECEIVABLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DIVERSIFIED CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   J C CHRISTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LTD FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TATE & KIRLIN ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VISION FINANCIAL++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | | | | 32,281.18 |
|---|---|---|---|---|---|
| TOTAL CLAIMED | | | | | |
| PRIORITY | 1,504.53 | | | | |
| SECURED | 18,411.72 | | | | |
| UNSECURED | 46,878.88 | | | | |

Date: 10/09/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com